IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIAM POULOS, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05cv333 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| HAMILTON COUNTY, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 20, 2005 Report and Recommendations (Doc. 10).  Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 11), defendants filed a response to the objections (Doc. 12) and plaintiff filed a response (Doc. 15).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted; and Defendants' Motion to Dismiss is (Doc. 5) is GRANTED, and this action is DISMISSED, without prejudice, for lack of jurisdiction and there are no further matters pending before this Court and this case is hereby TERMINATED off the docket.

IT IS SO ORDERED.


   s/Susan J. Dlott      
Susan J. Dlott
United States District Judge